[No. 61667-6-I. Division One. July 28, 2008.]

JEFFREY G. STEPHENS, *Appellant*, v. WILLIAM HOLLANDSWORTH ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-14764-1, Brian M. Tollefson, J., entered May 10, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61689-7-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. VINH QUANG LAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05830-7, Brian M. Tollefson, J., entered July 13, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 61690-1-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MOISES ANGEL LARREINAGA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04150-1, Linda CJ Lee, J., entered June 1, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61692-7-I. Division One. July 28, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN EDWARD TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-1-00123-0, Craddock D. Verser, J., entered October 5, 2007. *Affirmed* by unpublished per curiam opinion.